E-Filed 1/28/16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN PEREZ,<br><br>        Petitioner,<br><br>   v.<br><br>SCOTT FRAUENHEIM, Warden, Pleasant Valley State Prison, Coalinga, California,<br><br>        Respondent.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Real Party in Interest. | Case No. 14-cv-03551-HRL<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 5 |

      Petitioner Christian Perez ("Perez") was convicted of several crimes in April of 2010. The Supreme Court of California denied his petition for direct review and he remains incarcerated. Dkt. No. 1 at 5. Perez petitions this court for federal habeas relief. Perez expressly consented to magistrate jurisdiction. Dkt. No. 7. Respondent has not yet appeared in this litigation.

      A district court must ordinarily dismiss habeas petitions that contain claims the petitioner has not yet fully exhausted within the state-court system. 28 U.S.C. § 2254(b), (c); *Rose v. Lundy*, 455 U.S. 509, 513-14 (1982). A district court has limited discretion to hold an improper petition in abeyance instead of dismissing it. *Rhines v. Weber*, 544 U.S. 269, 276-77 (2005).

      Perez claims he received ineffective assistance of counsel, but Perez also admits he did not exhaust his "state collateral relief" options for that claim. Dkt. No. 4-1 at 1. The court ruled that Perez's petition shall not be held in abeyance. Dkt. No. 5. Perez's habeas petition is dismissed because it includes an unexhausted claim.

      **IT IS SO ORDERED.**

Dated: 1/28/16

HOWARD R. LLOYD
United States Magistrate Judge